IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| James Lee Adams, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:12cv219 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| J. Sparks, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States Magistrate

Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings

and filed with this Court on November 13, 2012 Report and Recommendation (Doc. 27).

Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 31).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered

de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion to receive all relief requested in this lawsuit is **DENIED**

(Doc. 14).  Plaintiff's motion for "Temp Protection Order" (Doc. 20) is **DENIED.**

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court