# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JAMES LEE ADAMS,                                   Case No. 1:12-cv-219
      Plaintiff,                                   Dlott, J.
                                                   Litkovitz, M.J.

     vs.

J. SPARKS, et al.,                                 **ORDER**
      Defendants.

      Plaintiff brings this action alleging a violation of his constitutional rights under 42 U.S.C. § 1983. This matter is before the Court on plaintiff's pro se motions for appointment of counsel (Doc. 30), for leave to file an amended complaint (Doc. 40), and for District Court to make and send copies to all defendants (Doc. 43). This matter is also before the Court on defendants' motions to strike pro se plaintiff's filings for his failure serve defendants' counsel with each document that he has filed since the filing of his Complaint. (Docs. 37, 41, 45).

      On February 19, 2013, counsel entered an appearance on behalf of pro se plaintiff. (Docs. 46-48). Therefore, plaintiff's pro se motions (Docs. 30, 40, 43) are **DENIED** as moot. Pro se plaintiff is notified that motions or documents filed on his behalf may only be filed by counsel for plaintiff. Defendants' motions to strike pro se plaintiff's filings (Docs. 37, 41, 45) are likewise **DENIED** as moot.

      **IT IS SO ORDERED**.


Date: 3/13/13                                      _Karen L. Litkovitz_
                                                   Karen L. Litkovitz
                                                   United States Magistrate Judge